UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHA MOQADDEM,

    Plaintiff,

v.

KATHERINE SOLORZANO, et al.,

    Defendants.

Case No. 23-cv-04918-HSG

**ORDER OF TRANSFER**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated in County Regional Detention Facility in Lynwood, California.  Plaintiff brings suit against Los Angeles County Superior Court judges Katherine Solorzano and Joseph Burghardt, alleging that they are responsible for Plaintiff's false and fraudulent incarceration.  *See generally* Dkt. No. 1.  Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  Neither plaintiff nor defendant resides in this district, and the relevant events did not occur in this district.  All parties reside in Los Angeles County, and the relevant events took place there.  Los Angeles County is located in the Central District of California.  *See* 28 U.S.C. § 84(c)(3).  Venue therefore properly lies in the Central District.  *See id.* § 1391(b).

//

//

//

//

//

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2  § 1406(a), this action be TRANSFERRED to the United States District Court for the Central
3  District of California.

4  **IT IS SO ORDERED.**

5  Dated:   11/9/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge